# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE SS 3360, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV 20-2476-DMG (PVCx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR RELIEF FROM DEFAULT [16]** |

1

1  Having considered the Joint Stipulation of Plaintiff Orlando Garcia and Defendant Sunshine SS 3360, Inc., to relieve Defendant Sunshine SS 3360, Inc. from Default entered on April 29, 2020, and good causes appearing, the Court orders as follow:

1. The Joint Stipulation of Plaintiff Orlando Garcia and Defendant Sunshine SS 3360, Inc., to relieve Defendant Sunshine SS 3360, Inc. from Default entered April 29, 2020, is APPROVED.

2. Defendant Sunshine SS 3360, Inc. shall forthwith file its Answer to Plaintiff's Complaint by not later than ten days from the date of this Order.

IT IS SO ORDERED.

DATED: May 13, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE