1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com

7  Attorneys for Plaintiff, ORLANDO GARCIA

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 ORLANDO GARCIA,                    ) Case No.: 2:20-cv-02476-MRW
11        Plaintiff,                  )
                                      ) **NOTICE OF SETTLEMENT AND**
12    v.                              ) **REQUEST TO VACATE ALL**
                                      ) **CURRENTLY SET DATES**
13 SUNSHINE SS 3360, INC., a California)
   Corporation; and Does 1-10,        )
14                                    )
          Defendants,                 )
15                                    )

16     The plaintiff hereby notifies the court that a global settlement has been reached in
17 the above-captioned case and the parties would like to avoid any additional expense,
18 and to further the interests of judicial economy.
19     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
20 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
21 parties will be filed within 60 days.

22
23
                         CENTER FOR DISABILITY ACCESS
24
25 Dated: September 29, 2020     /s/ Amanda Seabock
                                 Amanda Seabock
26                               Attorney for Plaintiff
27
28