CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>SUNSHINE SS 3360, INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | **Case No**. 2:20-cv-02476-MRW<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Amanda Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff ORLANDO GARCIA. All pleadings and other documents served on ORLANDO GARCIA should also be directed to the attention of Amanda Seabock.

Dated: September 28, 2020            CENTER FOR DISABILITY ACCESS


                                     By: /s/ Amanda Seabock
                                            Amanda Seabock
                                            Attorney for Plaintiff