UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>      Plaintiff,<br><br>  v.<br><br>SUNSHINE SS 3360, INC., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case No.: 2:20-cv-02476-MRW<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: September 28, 2020    _____
HONORABLE MICHAEL R. WILNER
United States Magistrate Judge

Notice of Settlement                    -1-                    2:20-cv-02476-MRW