1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   Marc A. Collins (SBN 136769)
8  Azim Khanmohamed (SBN 277717)
9  R. Michael Collum, of Counsel (SBN 145105)
   COLLINS & KHAN LLP
10 3435 Wilshire Blvd., Ste. 2600
   Los Angeles, CA  90010-2246
11 Telephone:   323.549.0700
12 Facsimile:   323.549.0707
   Attorneys for Defendant
13 Sunshine SS 3360, Inc.

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA

16  ORLANDO GARCIA,                            Case No.: 2:20-cv-02476-MRW

17         Plaintiff,                         **JOINT STIPULATION FOR**
    v.                                        **DISMISSAL PURSUANT TO**
18                                            **F.R.C.P. 41 (a)(1)(A)(ii)**
    SUNSHINE SS 3360, INC., a California
19  Corporation; and Does 1-10,

20         Defendants.

21

22         Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

23  parties hereto that this action may be dismissed with prejudice as to all parties; each

24  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the

25  matter has been resolved to the satisfaction of all parties.

26

27

28

| | | |
|---|---|---|
| 1 | Dated: October 20, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: October 20, 2020 | COLLINS & KHAN LLP |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/ Marc A. Collins |
| 10 | | Marc A. Collins<br>Azim Khanmohamed<br>R. Michael Collum |
| 11 | | Attorneys for Defendant<br>Sunshine SS 3360, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Marc A. Collins, counsel for Sunshine SS 3360, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 20, 2020          CENTER FOR DISABILITY ACCESS

                                     By:   /s/ Amanda Seabock
                                                     Amanda Seabock
                                                     Attorneys for Plaintiff