UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2476 MRW | Date | October 21, 2020 |
|---|---|---|---|
| Title | Garcia v. Sunshine SS 3360 | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

The parties filed a stipulation to dismiss this case with prejudice. (Docket # 37.) This action is dismissed with prejudice.